## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>ODESSA JACKSON-ONYEGBULA<br><br>v.<br><br>A & J SECURITY, INC., and THE PARK OF RIVER OAKS CONDOMINIUM ASSOCIATION | Case Number:<br>FILED: AUGUST 13, 2008     LI<br>08CV4602<br>JUDGE    DARRAH<br>MAGISTRATE   JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ODESSA JACKSON-ONYEGBULA

| |
|---|
| NAME (Type or print)<br>LYNDSAY A. MARKLEY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ LYNDSAY A. MARKLEY |
| FIRM<br>HARMAN & FEDICK, LTD. |
| STREET ADDRESS<br>222 N. LASALLE ST, SUITE 430 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC NO. 6286794 | TELEPHONE NUMBER<br>312-263-6452 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |