AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ODESSA JACKSON-ONYEGBULA

CASE NUMBER:

V.

ASSIGNED JUDGE:

A & J SECURITY, INC., and THE PARK OF RIVER OAKS CONDOMINIUM ASSOCIATION,

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

A & J SECURITY
AGENT: PAUL M. WILKIN
7702 S. CASS AVE, SUITE 230
DARIEN, IL 60561

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LYNDSAY A. MARKLEY     (312) 263-6452
HARMAN & FEDICK, LTD.
222 N. LASALLE STREET, SUITE 430
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                    DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____       _____
                   Date                             *Signature of Server*


                                           _____
                                                     *Address of Server*

AO 440 (Rev. 05/00) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ODESSA JACKSON-ONYEGBULA

CASE NUMBER:

V.

ASSIGNED JUDGE:

A & J SECURITY, INC., and THE PARK OF
RIVER OAKS CONDOMINIUM
ASSOCIATION,

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

THE PARK OF RIVER OAKS CONDOMINIUM ASSOCIATION
AGENT: ROBERT P. NESBIT
750 LAKE COOK RD
SUITE 350
BUFFALO GROVE, IL 60089

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LYNDSAY A. MARKLEY　　(312) 263-6452
HARMAN & FEDICK, LTD.
222 N. LASALLE STREET, SUITE 430
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within __30__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK　　　　　　　　　　　　　　　　　　　　　　　　DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                           *Signature of Server*


                                          _____
                                          *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.